FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORA A. M.,<br><br>                Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 2:18-cv-00198-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court, without oral argument, is Magistrate Judge Dimke's April 5, 2019 Report and Recommendation, ECF No. 21, recommending that summary judgment be granted in Plaintiff's favor. The period for filing objections has passed and no party has objected. After reviewing the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Dimke's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is

ORDER ADOPTING REPORT AND RECOMMENDATION **- 1**

**GRANTED**.

3. The Commissioner's Motion for Summary Judgment, **ECF No. 17**, is **DENIED**.

4. The Court enters **JUDGMENT** in favor of Plaintiff **REMANDING** this matter to the Commissioner for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g).

    *A.* The administrative law judge shall take testimony from a vocational expert to determine whether there are other jobs available in significant numbers in the national and/or regional economy that Plaintiff is capable of performing. The parties shall not be permitted to reopen any other issue on remand.

5. All hearings and other deadlines are **STRICKEN**.

6. The Clerk's office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of May 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge